USCA1 Opinion

 

 November 25, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1639 EDWARD LININGER, Plaintiff, Appellant, v. ALEXANDER R. PIPER, III, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Frank H. Freedman, Chief U.S. District Judge] _________________________ ____________________ Before Selya, Circuit Judge, _____________ Campbell, Senior Circuit Judge, ____________________ and Boudin, Circuit Judge. _____________ ____________________ Edward Lininger on brief pro se. _______________ John A. Agostini and Cain, Hibbard, Myers & Cook on brief for _________________ ____________________________ appellee. ____________________ ____________________ Per Curiam. Plaintiff's appeal is meritless. The __________ statutes plaintiff challenges, Mass. G. L. ch. 187, 1-3, are not unconstitutional and do not deprive plaintiff of property. By preventing plaintiff from acquiring from defendant an easement by prescription, the statutes have not taken from plaintiff anything he has ever owned or been entitled to. Because this appeal is frivolous, and in view of plaintiff's repeated, baseless litigation, we impose double costs and $ 200 in attorneys' fees. Fed. R. App. P. 38. Affirmed. ________ -2-